## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 14-70847-JAD |
| | : | |
| **Balaji Hospitality, LLC,** | : | |
| | : | |
| | : | **Chapter 11** |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Spence, Custer, Saylor, Wolfe & Rose, LLC,** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| v. | : | |
| | : | |
| **No Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**EXHIBIT "B"**</u>



P.O. Box 280
Johnstown, Pennsylvania 15907

Federal I.D. #75-3124839

Invoice

Invoice # 20124529                                    March 18, 2015

### Project Billing Summary

| | Fees/ Costs | Service Tax/ Sales Tax/ Interest | Payments/ Credits/ Refunds | Prev. Bal/ New Chgs/ Pm/Cr/Ref/ New Bal |
|---|---|---|---|---|
| **Balaji Hospitality, LLC**<br>Attn: Jay Patel<br>4498 Business Route 220<br>Bedford, PA 15522 | In Reference To: General | | | |
| | $4,787.50 | $0.00 | $0.00 | $0.00 |
| | $17.64 | $0.00 | $0.00 | $4,805.14 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $4,805.14 |
| **Balaji Hospitality, LLC**<br>Attn: Jay Patel<br>4498 Business Route 220<br>Bedford, PA 15522 | In Reference To: Mortgage Foreclosure | | | |
| | $0.00 | $0.00 | ($75.00) | $75.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| | | $0.00 | $0.00 | ($75.00) |
| | | | | $0.00 |
| **Balaji Hospitality, LLC**<br>Attn: Jay Patel<br>4498 Business Route 220<br>Bedford, PA 15522 | In Reference To: First Day Motions | | | |
| | $275.00 | $0.00 | ($100.00) | $100.00 |
| | $33.82 | $0.00 | $0.00 | $308.82 |
| | | $0.00 | $0.00 | ($100.00) |
| | | | | $308.82 |
| **Balaji Hospitality, LLC**<br>Attn: Jay Patel<br>4498 Business Route 220<br>Bedford, PA 15522 | In Reference To: Retention of Estate | | | |
| | $550.00 | $0.00 | $0.00 | $0.00 |
| | $38.48 | $0.00 | $0.00 | $588.48 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $588.48 |
| **Balaji Hospitality, LLC**<br>Attn: Jay Patel<br>4498 Business Route 220<br>Bedford, PA 15522 | In Reference To: Claims Review | | | |
| | $550.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $550.00 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $550.00 |

Invoice # 20124533        March 18, 2015                          Page      2
Balaji Hospitality, LLC

| | Fees/ Costs | Service Tax/ Sales Tax/ Interest | Payments/ Credits/ Refunds | Prev. Bal/ New Chgs/ Pm/Cr/Ref/ New Bal |
|---|---|---|---|---|
| **Balaji Hospitality, LLC** | In Reference To: Re:  Asset Sales | | | |

Attn:  Jay Patel
4498 Business Route 220
Bedford, PA 15522

| | Fees/ Costs | Service Tax/ Sales Tax/ Interest | Payments/ Credits/ Refunds | Prev. Bal/ New Chgs/ Pm/Cr/Ref/ New Bal |
|---|---|---|---|---|
| | $2,025.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $2,025.00 |
| | | $0.00 | $0.00 | $0.00 |
| | | | | $2,025.00 |
| GRAND TOTAL | $8,187.50 | $0.00 | ($175.00) | $175.00 |
| | $89.94 | $0.00 | $0.00 | $8,277.44 |
| | | $0.00 | $0.00 | ($175.00) |
| | | | | $8,277.44 |



SPENCE CUSTER
ATTORNEYS AT LAW

P.O. Box 280
Johnstown, Pennsylvania 15907

Federal I.D. #75-3124839

Invoice

Invoice # 20124529                              March 18, 2015

**Balaji Hospitality, LLC**           In Reference To: General
Attn:  Jay Patel
4498 Business Route 220
Bedford, PA 15522

### Professional Services Rendered

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/02/14 | KJP | E-mail to Crystal Thornton, bank's counsel; advising of bankruptcy case | 0.10 Hourly $250.00/hr | 25.00 |
| 12/03/14 | KJP | Review entry of appearance of N. Hildenbrand for US Trustee's Office | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from Unity Bank counsel re filing; acknowledge filing | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with S. Albright at US Trustee's Office re single asset real estate case - petition states small business - needs amended; review Code; amend and e-file voluntary petition | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from Unity Bank counsel re filing; my response - we represent Balaji - do not believe principal filed | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Letter to J. Patel with petition and schedules | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail to NC counsel with filings docs (petition and schedules) | 0.10 Hourly $250.00/hr | 25.00 |
| 12/04/14 | KJP | E-mail from US Trustee with IDI info; review same; letter to client | 0.30 Hourly $250.00/hr | 75.00 |
| 12/08/14 | KJP | Review letter from Unity Bank re stay of sheriff sale | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20124529        March 18, 2015                                        Page        2
Balaji Hospitality, LLC

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/09/14 | KJP | Review IDI materials; e-mail to client with all docs needed | 0.40 Hourly $250.00/hr | 100.00 |
| 12/11/14 | KJP | E-mail from S. Albright re IDI info | 0.30 Hourly $250.00/hr | 75.00 |
| 12/12/14 | KJP | E-mail to S. Albright re no additional IDI info provided; his response - IDI to proceed | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Participate in initial debtor interview with US Trustee's Office; follow-up call to J. Patel | 0.40 Hourly $250.00/hr | 100.00 |
| 12/15/14 | KJP | Teleconference with J. Patel re DIP accounts | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Teleconference with J. Patel re DIP Account and set up (BBT) | 0.10 Hourly $250.00/hr | 25.00 |
| 12/16/14 | KJP | Teleconference with J. Patel re DIP account and operating agreement; send two e-mails to client with agreement | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Series of e-mails with J. Patel sending operating agreement three times | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | E-mail from J. Patel scheduling appt.; my response | 0.10 Hourly $250.00/hr | No Charge |
| 12/17/14 | KJP | E-mail from J. Patel with docs- appear not be docs of debtor; my e-mail re same | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Office conference with J. Patel re IDI docs and case in general | 0.50 Hourly $250.00/hr | 125.00 |

Invoice # 20124529      March 18, 2015                                        Page      3
Balaji Hospitality, LLC

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/19/14 | KJP | Review insurance and bank account docs; forward same to Steve Albright per IDI request | 0.30 Hourly $250.00/hr | 75.00 |
| 01/02/15 | KJP | Review correspondence from IRS re unfiled returns; leave message for IRS - just received and responses due yesterday; letter to Patel re same | 0.40 Hourly $250.00/hr | 100.00 |
| 01/05/15 | KJP | Teleconference with Brad at IRS re unfiled tax returns | 0.20 Hourly $250.00/hr | 50.00 |
| 01/06/15 | KJP | Letter to J. Patel re incorrect IRS forms and need to re-file all tax returns | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Teleconference with J. Patel re tax return issue | 0.20 Hourly $250.00/hr | 50.00 |
| 01/07/15 | KJP | E-mail to US Trustee re no 341 scheduled yet | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from US Trustee re 341 hearing notice; my response | 0.20 Hourly $250.00/hr | 50.00 |
| 01/09/15 | PRL | Service of Bar Date Notice | 0.50 Hourly $125.00/hr | 62.50 |
| | KJP | Review 341 hearing notice; letter to Patel re same | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Review bar date order and notice | 0.20 Hourly $250.00/hr | 50.00 |
| 01/13/15 | KJP | E-mail from Patel re hearing and bank account; my response - hearing defaulted - send me bank statement/proof of DIP account | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20124529        March 18, 2015                                Page        4
Balaji Hospitality, LLC

---

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 01/13/15 | KJP | E-mail from bank's counsel re proof of insurance; my response | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail to J. Patel re updated insurance | 0.10 Hourly $250.00/hr | 25.00 |
| 01/14/15 | KJP | E-mail to bank's counsel with copies of insurance coverage per her prior request | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from J. Patel - insurance renewed - he to forward me renewal docs | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from J. Patel - no flood insurance coverage | 0.10 Hourly $250.00/hr | 25.00 |
| 01/26/15 | KJP | Review statement of no committee appointed | 0.10 Hourly $250.00/hr | 25.00 |
| 01/29/15 | KJP | E-mail from bank's counsel re insurance coverage; my response - have and will forward | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail to J. Patel re insurance docs - need updated | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail and letter from US Trustee re insurance coverage expiring | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Series of e-mails with bank's counsel re insurance coverage | 0.20 Hourly $250.00/hr | 50.00 |
| 01/30/15 | KJP | E-mail to bank's counsel with insurance binder | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20124529        March 18, 2015                                        Page        5
Balaji Hospitality, LLC

---

|            |     |                                                                                      | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------|----------|--------|
| 01/30/15   | KJP | Review of insurance renewal doc; e-mail same to bank's counsel                       | 0.20 Hourly $250.00/hr | 50.00 |
|            | KJP | Teleconference with insurance agent re full year policy; call to second agent re policy term | 0.20 Hourly $250.00/hr | 50.00 |
|            | KJP | Review faxed updated insurance policy renewal                                        | 0.30 Hourly $250.00/hr | 75.00 |
| 02/02/15   | KJP | Review fax with updated insurance docs                                               | 0.20 Hourly $250.00/hr | 50.00 |
|            | KJP | E-mail to bank's counsel with updated insurance info                                 | 0.10 Hourly $250.00/hr | 25.00 |
|            | KJP | Letter to US Trustee                                                                  | 2.00 Hourly $250.00/hr | 500.00 |
| 02/05/15   | KJP | E-mail from bank's counsel with copy of MFR                                          | 0.10 Hourly $250.00/hr | 25.00 |
|            | KJP | E-mail from bank's counsel re refiled MFR                                            | 0.10 Hourly $250.00/hr | 25.00 |
| 02/06/15   | KJP | Travel to and from 341 hearing                                                        | 0.30 Hourly $125.00/hr | 37.50 |
|            | KJP | Participation in meeting of creditors                                                 | 0.60 Hourly $250.00/hr | 150.00 |
| 02/09/15   | KJP | Review US Trustee notice of 341 convened                                             | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20124529        March 18, 2015                                        Page      6
Balaji Hospitality, LLC

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 02/09/15 | KJP | E-mail from US Trustee re delinquent quarterly fees; my response | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 02/11/15 | KJP | E-mail to J. Patel re Dec. 2014 MOR - not received and asked for update on broker | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 02/20/15 | KJP | Review voicemail from Aaron at America's Best Value; return call; discuss posture of case | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
| | KJP | E-mail to Patel re December and January monthly operating reports | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Begin drafting response to Unity Bank motion for relief | 0.70<br>Hourly<br>$250.00/hr | 175.00 |
| 02/23/15 | KJP | Complete drafting response to Unity Bank MFR; proposed order and cos; e-mail same to J. Patel | 1.40<br>Hourly<br>$250.00/hr | 350.00 |
| | KJP | E-file and serve response to Unity Bank MFR | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 02/26/15 | KJP | E-mail from U.S. Trustee re delinquent US Trustee fees | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 02/27/15 | KJP | Meeting with J. Patel re MOR's and plan moving forward | 0.50<br>Hourly<br>$250.00/hr | 125.00 |
| | KJP | Teleconference with bank's counsel re status of case; conference with J. Patel | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
| 03/02/15 | KJP | E-mail to J. Patel re bank statements for MOR's; his response | 0.10<br>Hourly<br>$250.00/hr | 25.00 |

Invoice # 20124529          March 18, 2015                                          Page        7
Balaji Hospitality, LLC

---

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 03/04/15 | KJP | Review text order denying relief from stay - subsequent motion was filed to correct corrective entry | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 03/06/15 | KJP | Begin reviewing MOR's to file with Court | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 03/10/15 | KJP | Review and annotate Dec. and Jan. MORs; e-file and serve same | 0.50<br>Hourly<br>$250.00/hr | 125.00 |
| 03/11/15 | KJP | E-mail to Patel with signature page on Feb. 2015 MOR | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from J. Patel with Feb. bank statement and MOR signature page | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 03/12/15 | KJP | E-file and serve Feb. 2015 MOR | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | Teleconference with J. Patel re offer and MFR - to proceed as discussed | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 03/13/15 | KJP | Review of file - preparation for MFR hearing | 0.40<br>Hourly<br>$250.00/hr | 100.00 |
| | KJP | Travel to and from Court - hearing on MFR | 0.30<br>Hourly<br>$125.00/hr | 37.50 |
| | KJP | Attendance at hearing on MFR | 0.70<br>Hourly<br>$250.00/hr | 175.00 |
| 03/16/15 | KJP | Review order granting relief from stay to Unity Bank; e-mail and letter to J. Patel re same | 0.30<br>Hourly<br>$250.00/hr | 75.00 |

Invoice # 20124529        March 18, 2015                                    Page        8
Balaji Hospitality, LLC

---

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 03/16/15 | KJP | E-mail to NC counsel advising relief was granted to Unity Bank | 0.10 Hourly $250.00/hr | 25.00 |
| 03/17/15 | KJP | E-mail from NC counsel re plan and bank loan | 0.10 Hourly $250.00/hr | 25.00 |

**Total for Professional Services Rendered**     **$4,787.50**

**Costs Incurred**

| Date | | Description | Qty | Amount |
|------|---|-------------|-----|--------|
| 01/09/15 | PRL | Postage for service of Bar Date Notice | 1 | 8.64 |
| | PRL | Copies for service of Bar Date Notice | 1 | 9.00 |

**Total Costs Incurred**     **$17.64**

---

**Total amount of this bill**     **$4,805.14**

---

**Balance due**     **$4,805.14**

**Timekeeper Summary**

| Name | Hours | Rate |
|------|-------|------|
| Kevin J. Petak | 18.60 | 250.00 |
| Kevin J. Petak | 0.60 | 125.00 |
| Kevin J. Petak | 0.10 | 0.00 |
| Paralegal Time | 0.50 | 125.00 |

Invoice #                    March 18, 2015                    Page        9
Balaji Hospitality, LLC

**Balaji Hospitality, LLC**                    In Reference To: Mortgage Foreclosure
Attn: Jay Patel
4498 Business Route 220
Bedford, PA 15522

|  |  | Amount |
|---|---|---|
| **Previous balance** |  | **$75.00** |
| 12/2/2014 | Payment - Thank you. Check No. 4071 | ($75.00) |
| **Total payments and adjustments** |  | **($75.00)** |
| **Balance due** |  | **$0.00** |

| | | |
|---|---|---|
| **Previous balance of Balaji Hospitality Escrow** | | **$13,647.00** |
| 12/22/2014 | Withdrawal from account to Spence Custer (American Express reimbursement for filing fee) | ($1,717.00) |
| **New balance of Balaji Hospitality Escrow** | | **$11,930.00** |

Invoice # 20124530        March 18, 2015                    Page    10
Balaji Hospitality, LLC

**Balaji Hospitality, LLC**              In Reference To: First Day Motions
Attn: Jay Patel
4498 Business Route 220
Bedford, PA 15522

### Professional Services Rendered

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/02/14 | PRL | Service of Motion To Retain Counsel | 0.30 Hourly $125.00/hr | 37.50 |
| | KJP | Revise motion to retain counsel, verified statement and hearing notice | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Revise and e-file motion and hearing notice; draft and file cos; discuss service with staff | 0.40 Hourly $250.00/hr | 100.00 |
| 01/13/15 | PRL | Service of Order Approving Debtors' Counsel Nunc Pro Tunc | 0.50 Hourly $125.00/hr | 62.50 |
| | KJP | Review order granting retention of SCSWR | 0.10 Hourly $250.00/hr | 25.00 |

**Total for Professional Services Rendered**                    **$275.00**

### Costs Incurred

| | | | Qty | |
|---|---|---|---|---|
| 12/02/14 | PRL | Postage for service of Motion To Retain Counsel | 1 | 8.64 |
| | PRL | Copies for service of Motion To Retain Counsel | 1 | 13.50 |
| 01/13/15 | PRL | Postage for service of Order Approving Debtors' Counsel Nunc Pro Tunc | 1 | 7.68 |
| | PRL | Copies for service of Order Approving Debtors' Counsel Nunc Pro Tunc | 1 | 4.00 |

**Total Costs Incurred**                    **$33.82**

**Total amount of this bill**                    **$308.82**

Invoice # 20124530          March 18, 2015                          Page     11
Balaji Hospitality, LLC

| | **Amount** |
|---|---|
| **Previous balance** | **$100.00** |
| 12/2/2014  Payment - Thank you. Check No. 4071 | ($100.00) |
| **Total payments and adjustments** | **($100.00)** |
| **Balance due** | **$308.82** |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Kevin J. Petak | 0.70 | 250.00 |
| Paralegal Time | 0.80 | 125.00 |

Invoice # 20124531        March 18, 2015                                    Page    12
Balaji Hospitality, LLC

---

**Balaji Hospitality, LLC**                    In Reference To: Retention of Estate
Attn: Jay Patel
4498 Business Route 220
Bedford, PA 15522

### Professional Services Rendered

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 01/28/15 | KJP | Teleconference with Owen Gorden re listing agreement and presenting offers | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | E-mail from broker with revised listing agreement; discussion with T. Moore re drafting application to employ | 0.20 Hourly $250.00/hr | 50.00 |
| 02/11/15 | KJP | Review and revise motion to retain realtor; e-mail same to broker to sign verified statement | 0.40 Hourly $250.00/hr | 100.00 |
| 02/12/15 | KJP | E-mail from broker with verified statement; e-mail to Patel re filing; revise order | 0.40 Hourly $250.00/hr | 100.00 |
| 02/13/15 | PRL | Service of Motion to Retain Realtor and Notice of Hearing (Docs. #37 & #38) | 0.60 Hourly $125.00/hr | 75.00 |
| | KJP | E-file motion to retain broker; e-file hearing notice; discuss service with staff | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Draft and e-file cos for application to retain realtor | 0.20 Hourly $250.00/hr | 50.00 |
| 03/03/15 | KJP | Review Unity Bank's objection to retention of broker | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail from bank's counsel with service of objection to broker's retention | 0.10 Hourly $250.00/hr | 25.00 |

**Total for Professional Services Rendered**                                    **$550.00**

Invoice # 20124531          March 18, 2015                                    Page    13
Balaji Hospitality, LLC

### Costs Incurred

| | | | Qty | Amount |
|---|---|---|---|---|
| 02/13/15 | PRL | Postage for service of Docs. Nos. 37 & 38 | 1 | 12.48 |
| | PRL | Copywork - Service of Docs. Nos. 37 & 38 | 1 | 26.00 |

**Total Costs Incurred**                  **$38.48**

**Total amount of this bill**                  **$588.48**

### Balance due                  **$588.48**

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Kevin J. Petak | 1.90 | 250.00 |
| Paralegal Time | 0.60 | 125.00 |

Invoice # 20124532        March 18, 2015                                Page    14
Balaji Hospitality, LLC

---

**Balaji Hospitality, LLC**                In Reference To: Claims Review
Attn: Jay Patel
4498 Business Route 220
Bedford, PA 15522

### Professional Services Rendered

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/08/14 KJP | Review entry of appearance for Super 8 Worldwide | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 12/11/14 KJP | Review correspondence from PA Revenue re unfiled returns; review file - letter and e-mail to Jay Patel re same (we have 2011-2013 unsigned) | 0.40<br>Hourly<br>$250.00/hr | 100.00 |
| 12/15/14 KJP | Review entry of appearance of counsel for Unity Bank | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 12/22/14 KJP | Review POC of IRS - unfiled returns | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| KJP | Letter to PA Revenue with 2011-2013 returns; letter to Patel with 2011-2013 fed returns and POC for signature | 0.50<br>Hourly<br>$250.00/hr | 125.00 |
| 01/08/15 KJP | Review entry of appearance for Labor & Industry | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 02/12/15 KJP | Review POC of L&I; review lien search; e-mail to J. Kots requesting copy of lien | 0.30<br>Hourly<br>$250.00/hr | 75.00 |
| KJP | E-mail from J. Irvin at L&I - lien filed in Bucks County; my response - RE located in Bedford - she to amend POC | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 02/23/15 KJP | Review POC #3 of Super 8 Motel - judgment | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 02/25/15 KJP | Review entry of appearance of counsel for Super 8 | 0.10<br>Hourly<br>$250.00/hr | 25.00 |

Invoice # 20124532          March 18, 2015                                    Page     15
Balaji Hospitality, LLC

|  | Amount |
|---|---|
| **Total for Professional Services Rendered** | **$550.00** |
| **Balance due** | **$550.00** |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Kevin J. Petak | 2.20 | 250.00 |

Invoice # 20124533        March 18, 2015                                    Page    16
Balaji Hospitality, LLC

**Balaji Hospitality, LLC**                    In Reference To: Re:  Asset Sales
Attn:  Jay Patel
4498 Business Route 220
Bedford, PA 15522

### Professional Services Rendered

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/10/14 | KJP | Review Hilco e-mail re sale; teleconference with Todd re possible sale | 0.20 Hourly $250.00/hr | 50.00 |
| 12/11/14 | KJP | E-mail from  Hilco re possible sale info; forward same to J. Patel | 0.10 Hourly $250.00/hr | 25.00 |
| 01/05/15 | KJP | Call from hotel listing co. - advised | 0.10 Hourly $250.00/hr | 25.00 |
| 01/23/15 | KJP | Review voicemail from Owen Gorden re possible sale of hotel | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Teleconference with Owen Gorden re possible sale of real estate; advise will discuss with bank's counsel to see if feasible | 0.20 Hourly $250.00/hr | 50.00 |
| 01/26/15 | KJP | Leave message for bank's counsel re possible sale | 0.10 Hourly $250.00/hr | 25.00 |
| 01/27/15 | KJP | Review voicemail from bank's counsel | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Leave message for bank's counsel | 0.10 Hourly $250.00/hr | No Charge |
| 01/28/15 | KJP | Review voicemail from bank's counsel; teleconference with C. Thornton re broker and possible sale | 0.30 Hourly $250.00/hr | 75.00 |
| | KJP | Return call of J. Longerbearm - buyer's agent - advised to present offer | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20124533        March 18, 2015                          Page    17
Balaji Hospitality, LLC

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 01/29/15 | KJP | Teleconference with Hilco re asset sale; advised I will discuss with J. Patel | 0.10 Hourly $250.00/hr | 25.00 |
| 02/05/15 | KJP | E-mail from bank's counsel re prospective buyer; my response - no formal offer presented - will follow up with broker | 0.20 Hourly $250.00/hr | 50.00 |
| 02/18/15 | KJP | Teleconference with broker re potential offer | 0.20 Hourly $250.00/hr | 50.00 |
| 02/23/15 | KJP | Review voicemail from O. Gordon with update on listing | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Review voicemail from broker re status of listing | 0.10 Hourly $250.00/hr | 25.00 |
| 02/24/15 | KJP | Teleconference with broker re possible sale and listing agreement | 0.20 Hourly $250.00/hr | 50.00 |
| 02/27/15 | KJP | Teleconference with broker re potential buyers | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Teleconference with O. Gordon re offer to be presented | 0.20 Hourly $250.00/hr | 50.00 |
| 03/02/15 | KJP | Letter to J. Patel re meeting and course of action re closing/sale of real estate | 0.40 Hourly $250.00/hr | 100.00 |
| | KJP | Teleconference with O. Gordon re viewing appt. | 0.20 Hourly $250.00/hr | 50.00 |
| 03/03/15 | KJP | Teleconference with First Commonwealth re sale | 0.20 Hourly $250.00/hr | 50.00 |

Invoice # 20124533      March 18, 2015                                    Page    18
Balaji Hospitality, LLC

---

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/03/15 | KJP | Call from broker re offer; review same | 0.40 Hourly $250.00/hr | 100.00 |
|  | KJP | Leave message with bank's counsel; e-mail offer to bank's counsel for review | 0.20 Hourly $250.00/hr | 50.00 |
|  | KJP | Series of e-mails with realtor/broker re offers | 0.20 Hourly $250.00/hr | 50.00 |
|  | KJP | Teleconference with broker re offers and existing offer | 0.20 Hourly $250.00/hr | 50.00 |
|  | KJP | E-mail from bank's counsel - forwarded offer to client; my response | 0.10 Hourly $250.00/hr | 25.00 |
| 03/05/15 | KJP | E-mail from O. Gordon with tax returns to justify sales price; review of same; my response - his re cash transactions | 0.30 Hourly $250.00/hr | 75.00 |
|  | KJP | E-mail to bank's counsel - any word on offer | 0.10 Hourly $250.00/hr | 25.00 |
| 03/06/15 | KJP | E-mail from broker re offer; advised no response from bank yet | 0.10 Hourly $250.00/hr | 25.00 |
|  | KJP | E-mail from bank's counsel with update - waiting to hear from bank | 0.10 Hourly $250.00/hr | 25.00 |
|  | KJP | E-mail from broker - provided update from bank's counsel | 0.20 Hourly $250.00/hr | 50.00 |
| 03/09/15 | KJP | E-mail from broker re buyers and offer | 0.10 Hourly $250.00/hr | 25.00 |

Invoice # 20124533        March 18, 2015                                    Page    19
Balaji Hospitality, LLC

---

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/09/15 | KJP | E-mail to bank re offer; my response - e-mail to broker - offer rejected - countered at $900K; e-mail to J. Patel re same | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail from broker with counter offer | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | Teleconference with bank's attorney re counter offer - she to ask bank; follow-up e-mail to bank's counsel with increased counter offer | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail to broker advising that made counter offer to bank, will keep him posted | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from broker re offer - believes this is the best price (600-675K) | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail from broker re higher offer; my response to wait for bank to respond to counter offer | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| 03/10/15 | KJP | Teleconference with broker re offer made to bank | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 03/11/15 | KJP | Teleconference with broker; advise no response from bank yet | 0.10<br>Hourly<br>$250.00/hr | 25.00 |
| | KJP | E-mail to bank's counsel re offer; her response - still waiting | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| 03/12/15 | KJP | Review voicemail from broker; e-mail - no news from bank | 0.20<br>Hourly<br>$250.00/hr | 50.00 |
| | KJP | E-mail to bank's counsel re offer - any update | 0.10<br>Hourly<br>$250.00/hr | 25.00 |

Invoice # 20124533        March 18, 2015                                Page    20
Balaji Hospitality, LLC

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 03/12/15 | KJP | E-mail from bank's counsel - rejection of offer; my response re Friday's hearing | 0.20 Hourly $250.00/hr | 50.00 |
| 03/13/15 | KJP | Review voicemail from bank's counsel | 0.10 Hourly $250.00/hr | 25.00 |
| | KJP | Series of e-mails with broker re offers | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | Teleconference with bank's counsel re bottom number, continuance of MFR, etc. | 0.20 Hourly $250.00/hr | 50.00 |
| | KJP | E-mail to bank's counsel - her response re bottom number; she to let me know | 0.20 Hourly $250.00/hr | 50.00 |
| 03/16/15 | KJP | E-mail from broker re status; advised no word from bank's counsel | 0.10 Hourly $250.00/hr | 25.00 |
| 03/17/15 | KJP | Review e-mail from broker | 0.10 Hourly $250.00/hr | 25.00 |

**Total for Professional Services Rendered**                                         **$2,025.00**

**Balance due**                                                                                            **$2,025.00**

**Timekeeper Summary**

| Name | Hours | Rate |
|------|-------|------|
| Kevin J. Petak | 8.10 | 250.00 |
| Kevin J. Petak | 0.10 | 0.00 |